## RESOLUTION FOR
## TRIMBLE & TIEU CHIROPRACTIC, INC.

1.    A meeting of the Shareholders and Board of Directors of TRIMBLE & TIEU CHIROPRACTIC, INC., held as follows:

    Type of Meeting: Special Meeting
    Date: 09/29/2025
    Time: 10:00 a.m.
    Place: 3090 Armourdale Ave, Long Beach, CA 90804

2.    Notice:    The Chairman called the meeting to order and announced that the meeting was held pursuant to a written waiver of notice and consent to the holding of the meeting. The waiver and consent was presented to the meeting and, on a motion duly made, seconded, and carried, was made part of the records and ordered inserted in the minute book immediately preceding the minutes of this meeting.

3.    The following Director was present:
    Names: Guy Trimble

4.    The following Director was absent:
    Names: None

5.    Also present at the meeting were:
    Names: None

6.    The following persons officiated at the meeting:
    Chairman of meeting: Guy Trimble

7.    The Chairman presented the proposal of TRIMBLE & TIEU CHIROPRACTIC, INC., to file a Chapter 7 bankruptcy petition, cease all business activity and complete the Chapter 7 bankruptcy.

After discussion, and on motion duly made, seconded, and unanimously carried, the following resolutions were adopted:

RESOLVED that TRIMBLE & TIEU CHIROPRACTIC, INC. shall file a Chapter 7 bankruptcy petition, cease all business activity and complete the chapter 7 bankruptcy.

8.    Adjournment:

There being no further business to come before the meeting, the meeting was duly adjourned.

Date: 09/29/2025

                                                        Guy Trimble
                                                        Director